GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
California State Bar No. 85011
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
mgunderson@gundersonlaw.com
Attorney for Preserve, Inc.

**FILED**
JUL 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESERVE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEST VETERINARY SOLUTIONS, INC., a Minnesota corporation; CLEAR VIEW ENTERPRISES, LLC, an Arkansas limited liability company; NEOGEN CORPORATION, a Michigan corporation; ESSENTIAL WATER SOLUTIONS, INC. an Iowa corporation; and PROXY-CLEAN HOLDINGS, L.L.C. a Texas limited liability company,<br><br>Defendants. | Case No. 1:13-CV-00717-AWI-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS** |

Plaintiff, PRESERVE, INC., a Nevada corporation, by and through its counsel of record, Mark H. Gunderson, Esq. submits this Notice of Voluntary Dismissal without Prejudice of Defendants, BEST VETERINARY SOLUTIONS, INC., a Minnesota corporation; CLEAR VIEW ENTERPRISES, LLC, an Arkansas limited liability company; NEOGEN CORPORATION, a Michigan corporation; ESSENTIAL WATER SOLUTIONS, INC. an Iowa corporation and PROXY-CLEAN HOLDINGS, L.L.C., pursuant to Federal Rules of Civil Procedure 41(a)(1).

///

///

///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS

1 Defendants have not filed or served an *Answer* or a *Motion for Summary Judgment* and therefore
2 voluntary dismissal without prejudice is proper.

3   DATED this __10__ day of June, 2013.

GUNDERSON LAW FIRM

By: _____
Mark H. Gunderson, Esq.
California State Bar No. 85011
Attorney for Preserve, Inc.

It is so Ordered. Dated: 7-18-13

_____
United States District Judge

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS